UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

RE: U.S. v. Schulte, 21-2877, 21-3113, 21-3118          Feb. 14, 2023

Clerk of Court,

I write to request the status of these appeals, and particularly ask the court to examine the record of 21-2877; I recently received the mandate for the denial of 21-2877, BUT I FILED A MOTION FOR RECONSIDERATION BACK IN DECEMBER. The MDC mail is always delayed as I have regularly alerted the court and requested relief; but regardless I filed a declaration of inmate filing in accordance with Fed. R. App. P. 25(a)(2)(A)(iii) — the court should have ruled on the reconsideration motion before the mandate. As such, I request the Clerk/Court to review this issue.

And finally I ask the status of 21-3113 and 21-3118; these appeals have yet to be decided. The government moved for their dismissal in August 2022. As such, I request an update on these appeals.

Thanks,
2/14/23  Josh Schulte

Josh Schulte #79471054
MDC
P.O. Box 329002
Brooklyn, NY 11232

NEW YORK NY 100
22 FEB 2023 PM 6 L

OUTGOING LEGAL MAIL

USPS SDNY

ATTN: U.S. v. Schulte, 21-2878, 21-3112, 21-3113, 21-3125
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

10007-155139

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you
The letter has neither been opened nor inspected
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address